UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Julie E. Bender

                Plaintiff(s),

Case No.: 3:17-CV-01608-MO

v.

ZOOM CARE PC, et al.

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

                Defendant(s).

_____

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose:  (*check one of the following*)

   ☒ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)  That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

☐ (c)  ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)  Other:

_____

_____

_____

Dated: 06/08/2018 _____

By:  *s/ Kristin L. Bremer Moore*
Kristin L. Bremer Moore, OSB No. 032744
Of Attorneys for Defendants

By:  *s/ Craig A. Crispin* [signature authorized]
Craig A. Crispin, OSB No. 824852
Of Attorneys for Plaintiff