Craig A. Crispin, OSB №. 824852
crispin@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAW PC**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone:  503-293-5770
Fax:  503-293-5766
Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JULIE E. BENDER,** an individual, | Civil №. 3:17-cv-01608-MO |
| Plaintiff, | |
| v. | |
| **ZOOM CARE PC**, a domestic professional corporation, and **DAVID G. SANDERS M.D.,** and **ALBERT DIPIERO M.D.**, individuals, | **NOTICE OF STIPULATED VOLUNTARY DISMISSAL** |
| Defendants. | |

Pursuant to FRCP 41(a)(ii) and the stipulation of the parties, this matter is voluntarily

dismissed with prejudice and without costs or fees to either party.

It is hereby stipulated:

**CRISPIN EMPLOYMENT LAW PC**              TONKON TORP LLP

By:  s/ Craig A. Crispin                      By:  s/ Megan R. Reuther [signature authorized}
    Craig A. Crispin, OSB No 824852              Megan R. Reuther, OSB No. 153919
    Of Attorneys for Plaintiff                   Of Attorneys for Defendants